UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                        24-CR-59

HADI MATAR,

           Defendant.

---

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO:   THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

    The defendant, **HADI MATAR**, was involved in crimes against the United States, namely, violations of Title 18, United States Code, Sections 2339B(a)(1), 2332b(a)(1)(A), 2332b(a)(2), 2332b(b)(1)(A), 2332b(b)(1)(B), 2332b(c)(1)(A), 2332b(c)(1)(F), and 2339A. He is incarcerated at the Chautauqua County Jail, in Mayville, New York.  His presence is required in the United States District Court at Buffalo, New York, for an arraignment.

    **WHEREFORE,** the United States of America requests that the Clerk of the Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum commanding the Federal Bureau of Investigation (FBI) to take said defendant into the FBI's custody and to produce said defendant before the United States District Court for the Western District of New York, City of Buffalo, New York, at **2:00 p.m.** on the **July 24, 2024**, and thereafter said HADI MATAR is to be returned to the Chautauqua County Jail.

DATED: Buffalo, New York, July 18, 2024

                                        TRINI E. ROSS
                                        United States Attorney

BY: _____
                                        CHARLES M. KRULY
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Western District of New York
                                        138 Delaware Avenue
                                        Buffalo, New York 14202
                                        716-843-5838
                                        Charles.Kruly@usdoj.gov

IT IS SO ORDERED:

_____
HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge

DATED: July 18, 2024