UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                    24-CR-59

HADI MATAR,

          Defendant.

---

### PETITION AND ORDER FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

TO:  THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

    The defendant, **HADI MATAR**, was involved in crimes against the United States, namely, violations of Title 18, United States Code, Sections 2339B(a)(1), 2332b(a)(1)(A), 2332b(a)(2), 2332b(b)(1)(A), 2332b(b)(1)(B), 2332b(c)(1)(A), 2332b(c)(1)(F), and 2339A. He is incarcerated at the Chautauqua County Jail, in Mayville, New York. His presence is required in the United States District Court at Buffalo, New York, for a detention hearing and status conference.

    **WHEREFORE,** the United States of America requests that the Clerk of the Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshals Service (USMS) to take said defendant into the USMS's custody and to produce said defendant before the United States District Court for the Western District of

New York, City of Buffalo, New York, at **10:00 a.m.** on **August 7, 2024**, and thereafter said HADI MATAR is to be returned to the Chautauqua County Jail.

DATED: Buffalo, New York, July 24, 2024

BY:

TRINI E. ROSS
United States Attorney

CHARLES M. KRULY
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5838
Charles.Kruly@usdoj.gov

IT IS SO ORDERED:

_____
HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge

DATED: July 29, 2024

2