UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HADI MATAR,

                              Defendant.

**FOURTH AMENDED
SCHEDULING ORDER**

Case No. 1:24-cr-59-RJA-JJM

With good cause shown, the government's unopposed motion [29] to extend the deadline to file a response to defendant's pretrial motions is granted.  The Third Amended Scheduling Order [25] is amended as follows:

(1)    All responses to pretrial motions, including all supporting papers and memoranda of law in support thereof, filed in accordance with the preceding paragraph shall be filed **June 10, 2025.**

(2)    Replies, if any, shall be filed by **June 17, 2025.**

(3)    **Oral argument on any pretrial motions shall be heard on June 23, 2025 at 2:00 p.m.**  If necessary, an evidentiary hearing will be scheduled for a later date.

No extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing cause for the extension. Such application shall indicate whether the opposing party consents to the requested extension and address any further exclusion of time from the Speedy Trial Act calendar.  Any motion identified in Rule 12(b)(3) that is not filed by the deadline set for filing pretrial motions will be denied as untimely, unless accompanied by a showing of "good cause".  *See* Rule 12(c)(3).

**SO ORDERED.**

Dated: June 4, 2025

<u>/s/ Jeremiah J. McCarthy</u>
JEREMIAH J. MCCARTHY
United States Magistrate Judge