UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

HADI MATAR,

Defendant.

**DECISION AND ORDER**
24-CR-59-A

---

On May 23, 2025 Defendant Hadi Mater filed a motion (Dkt. 28) seeking, *inter alia*, to suppress evidence seized pursuant to search warrants dated August 20, 2022 (22-MJ-5072), October 11, 2022 (22-MJ-167), and April 14, 2023 (23-MJ-5059). On June 25, 2025, Magistrate Judge Jeremiah J. McCarthy, to whom this Court previously referred this case pursuant to 28 U.S.C. § 636(b)(1)(B), filed a Report, Recommendation, and Order (RR&O) recommending that the Defendant's motion to suppress be denied. *See*, Dkt. 34. After receiving an extension of time to do so, *see*, Dkt. 38, Defendant was required to file any objections to the RR&O by July 18, 2025. Defendant failed to file objections, and therefore, this Court concludes that he has "waive[d] [his] right to review." Fed. R. Crim. P. 59(b)(2).

After reviewing the entire record concerning Matar's suppression motion, the Court finds no clear error in Judge McCarthy's recommendation. *See, e.g.*, *United States v. Preston*, 635 F. Supp. 2d 267, 269 (W.D.N.Y. 2009). Accordingly, Judge McCarthy's RR&O (Dkt. 34) is adopted in its entirety, Matar's motion to suppress (Dkt. 28) is, therefore, **DENIED**.

1

2

The parties are hereby directed to appear before this Court on **Tuesday, July 29, 2025, at 9:30 A.M.**, in order to set a date for trial or plea.

**SO ORDERED.**

Dated: July 22, 2025
       Buffalo, New York

                                              *s/Richard J. Arcara*
                                              HONORABLE RICHARD J. ARCARA
                                              UNITED STATES DISTRICT JUDGE