IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HADI MATAR,

Defendant.

24-CR-59-RJA-JJM

*FILED AUG 6 2025, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The defendant, HADI MATAR, was involved in crimes against the United States namely, violations of the Title 18, United States Code, Sections 2339B(a)(1), 2332b(a)(1)(A), 2332b(a)(2), 2332b(b)(1)(A), 2332b(b)(1)(B), 2332b(c)(1)(A), 2332b(c)(1)(F), and 2339A. He is incarcerated at the Elmira Correctional Facility, in Elmira, New York. His presence is required in the United States District Court at Buffalo, New York, on Tuesday, August 19, 2025, at 9:00 a.m. for a status conference.

**WHEREFORE,** the United States of America requests that the Clerk of the Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshals Service (USMS) to take said defendant into their custody and to produce said defendant before the United States District Court for the Western District of New York, City

of Buffalo, New York, at 9:00 a.m. on Tuesday, August 19, 2025, and thereafter said HADI MATAR is to be returned to the Elmira Correctional Facility.

DATED: Buffalo, New York, August 4, 2025.

                    MICHAEL DIGIACOMO
                    United States Attorney

BY:   s/TIMOTHY C. LYNCH
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5846
       Timothy.Lynch@usdoj.gov

IT IS SO ORDERED:

_____
HON. RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: August _6_, 2025.