

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.                                                          24-CR-59-RJA-JJM

HADI MATAR,

                    Defendant.

_____

### PETITION AND ORDER FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

TO:    THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The defendant, HADI MATAR, was involved in crimes against the United States namely, violations of the Title 18, United States Code, Sections 2339B(a)(1), 2332b(a)(1)(A), 2332b(a)(2), 2332b(b)(1)(A), 2332b(b)(1)(B), 2332b(c)(1)(A), 2332b(c)(1)(F), and 2339A. He is incarcerated at Five Points Correctional Facility, in Romulus, New York. His presence is required in the United States District Court at Buffalo, New York, on Monday, June 8, 2026, at 9:00 a.m., for a status conference regarding attorney representation.

**WHEREFORE,** the United States of America requests that the Clerk of the Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshals Service (USMS) to take said defendant into their custody and to produce said defendant before the United States District Court for the Western District of New York, City

of Buffalo, New York, at 9:00 a.m. on Monday, June 8, 2026, and thereafter said HADI

MATAR is to be returned to Five Points Correctional Facility.

DATED:    Buffalo, New York, May 29, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY:    s/TIMOTHY C. LYNCH
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5846
Timothy.Lynch@usdoj.gov

IT IS SO ORDERED:

RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED:   May 29, 2026.