IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.                                    24-CR-59-A

HADI MATAR,

         Defendant.

---

## GOVERNMENT'S AMENDED TRIAL EXHIBIT LIST

**THE UNITED STATES OF AMERICA**, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Timothy C. Lynch and Charles M. Kruly, Assistant United States Attorneys, of counsel, hereby submits the attached Government's Amended Trial Exhibit List in the above-entitled case.

DATED: Buffalo, New York, July 20, 2026

                       MICHAEL DIGIACOMO
                       United States Attorney

BY:  s/TIMOTHY C. LYNCH
      Assistant United States Attorney
      United States Attorney's Office
      Western District of New York
      138 Delaware Avenue
      Buffalo, New York 14202
      (716) 843-5846
      Timothy.Lynch@usdoj.gov

BY:  s/CHARLES M. KRULY
      Assistant United States Attorney
      United States Attorney's Office
      Western District of New York
      138 Delaware Avenue
      Buffalo, New York 14202
      (716) 843-5838
      Charles.Kruly@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

AMENDED TRIAL EXHIBIT LIST

**U.S. v. Hadi Matar**

Case No.: 24-CR-59-A

Date:     July 20, 2026

__X__ Government

_____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Date Mark for Ident. | In Evidence |
|---|---|---|---|
| | **Scene** | | |
| 1 | *Physical Exhibit:* Black Samsung Galaxy S10+ with Charger (1B35/Item 1) | | |
| 1A | *Physical Exhibit:* Hard Drive DE-3 Serial #NA7XH066 – Derivative of Item 1 (1B36/Item 1A) | | |
| 1B | *Physical Exhibit:* (2) Verbatim CD-R Containing Condensed Cellebrite Report from Item 1 (1B35/Item 1F) | | |
| 1C | *Physical Exhibit:* Media Container DE-2 (1B37/Item 315) | | |
| 1D | *Physical Exhibit:* DE-2 Hard Drive Containing Results from 1B1 (1B23) | | |
| 1E | Photo of Lockscreen on Black Samsung Galaxy S10+ | | |
| 2 | *Physical Exhibit:* Blue Nokia Smartphone with Charger (1B35/Item 2) | | |
| 2A | *Physical Exhibit:* USB Containing Derivative Data of Nokia Extract (1B35/Item 2A) | | |
| 2B | *Physical Exhibit:* Flash Memory, SanDisk, Ultra BQ2103553770Y, DE1 of Nokia Cell Phone (BF-22-0122 and BF-22-0126) (1B28) | | |
| 2C | *Physical Exhibit:* Tape, IBM, Ultrium LTO 6, 0001799L6 DE1 of Nokia Cell Phone (BF-22-0126) (1B29) | | |
| 2D | *Physical Exhibit:* Blu-Ray Containing DE of 1B2, Nokia (1B31) | | |
| 3 | *Physical Exhibit:* New Jersey Driver's License (1B35/Item 3) | | |
| 3A – 3B | (2) Photos Depicting Front and Back of New Jersey Driver's License (1B35/Item 3) | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

AMENDED TRIAL EXHIBIT LIST

**U.S. v. Hadi Matar**

Case No.: 24-CR-59-A                                    __X_ Government
Date:       July 20, 2026                               _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Date Mark for Ident. | In Evidence |
|---|---|---|---|
| 4 | *Physical Exhibit:* Chime Visa Debit Card Owned by Hadi Matar (1B35/Item 4) | | |
| 5 | *Physical Exhibit:* Chautauqua Institution Tickets for 8.11.2022 and 8.12.2022 (1B35/Item 5) | | |
| 6 | *Physical Exhibit:* Gold Vanilla Visa Debit Gift Card #4110 1011 3111 6904 (1B35/Item 6) | | |
| 7 | *Physical Exhibit:* Secure Spend Visa Debit Case #4097 5807 8137 5966 (1B35/Item 7) | | |
| 8 | *Physical Exhibit:* Secure Spend Mastercard Debit Card #5253 6201 7681 7359 (1B35/Item 8) | | |
| 9 | *Physical Exhibit:* Black Jacket (1B35/Item 12) | | |
| 10 | *Physical Exhibit:* Black Sweatpants (1B35/Item 13) | | |
| 11 | *Physical Exhibit:* Green T-Shirt (1B35/Item 14) | | |
| 12 | *Physical Exhibit:* Knife with Suspected Blood (1B35/Item 108) | | |
| 13 | *Physical Exhibit:* Black Folding Knife (1B35/Item 111) | | |
| 14 | *Physical Exhibit:* Wooden Handled Folding Knife (1B35/Item 112) | | |
| 15 | *Physical Exhibit:* Palestine Flag (1B35/Item 113) | | |
| 16 | *Physical Exhibit:* Quran (1B35/Item 114) | | |
| 17A – 17AE | (31) Photos from Scene | | |
| 18A – 18H | (8) Photos of Hadi Matar | | |
| 19 | Photo of Salman Rushdie 8.12.2022 | | |
| 20A-20B | (2) Photos of Knife with Suspected Bood 8.12.2022 | | |
| 21 – 40 | RESERVED | | |

- 2 -

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

AMENDED TRIAL EXHIBIT LIST

**U.S. v. Hadi Matar**

Case No.: 24-CR-59-A                    __X_ Government
Date:      July 20, 2026                _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Date | |
|---|---|---|---|
| | | Mark for Ident. | In Evidence |
| **Videos and Photos of Attack** | | | |
| 41 | *Physical/Electronic Exhibit:* Verbatim USB Drive Containing Video Footage from Chautauqua Institute of Attack 8.12.2022 (1B35/Item 16) | | |
| 42 | *Physical/Electronic Exhibit:* Recorded Interview and Holding of Hadi Matar 8.12.2022 (1B35/Item 20) | | |
| 42A | *Electronic Exhibit:* (4) Clips from Recorded Interview and Holding of Hadi Matar 8.12.2022 (Item 20) | | |
| 43 | *Physical/Electronic* Exhibit: Flash Drive Containing Overhead Surveillance at Chautauqua Institute of Attack 8.12.2022 (1B35/Item 21) | | |
| 44 | *Physical/Electronic Exhibit:* SanDisk Thumb Drive Containing Video of Suspect at Buffalo Bus Station 8.11.2022 (1B35/Item 22) | | |
| 44A | *Electronic Exhibit:* (17) Clips from Video of Suspect at Buffalo Bus Station 8.11.2022 | | |
| 45 | *Electronic Exhibit:* AXON Body Camera Footage of NYS Trooper Zachary Colvin 8.12.2022 | | |
| 45A | *Electronic Exhibit:* (6) Clips from AXON Body Camera Footage of NYS Trooper Zachary Colvin 8.12.2022 | | |
| 46 | Statement of Hadi Matar in NYS v. Hadi Matar, Chautauqua County Court 70563-22/001 5.16.2025 | | |
| 47 – 75 | RESERVED | | |
| **Search of 417 Morningside Ave 8.13.2022** | | | |
| 76 | Evidence Collected Item Log for Search of 417 Morningside Ave, Fairview, NJ 8.13.2022 | | |

- 3 -

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

AMENDED TRIAL EXHIBIT LIST

**U.S. v. Hadi Matar**

Case No.: 24-CR-59-A                                    __X_ Government
Date:      July 20, 2026                                _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Date Mark for Ident. | In Evidence |
|---|---|---|---|
| 77A – 77DS | (123) Photos from Search of 417 Morningside Ave, Fairview, NJ 8.13.2022 | | |
| 78 | *Physical Exhibit:* Dell Inspiron 15 Laptop Computer with Power Cord, Serial #19QDNH2 (1B3/Item 1) | | |
| 79 | *Physical Exhibit:* Backpack and Remaining Contents (1B37/Item 115) | | |
| 80 | *Physical Exhibit:* 7 Assorted Knives of Varying Styles and Colors with 1 Black/White Sheath (1B37/Item 307) | | |
| 81 | *Physical Exhibit:* 1 "Mossy Oak" Utility Tool in Black Case (1B37/Item 308) | | |
| 82 | *Physical Exhibit:* Grey Smith's Brand Knife Sharpener (1B37/Item 309) | | |
| 83 | *Physical Exhibit:* Poster with Arabic Writing (1B37/Item 310) | | |
| 84 | *Physical Exhibit:* Miscellaneous Paperwork/Handwritten Notes (1B37/Item 311) | | |
| 84A – 84AI | (35) Photos of Miscellaneous Paperwork/Handwritten Notes | | |
| 85 | *Physical Exhibit:* Black Notebook (1B37/Item 312) | | |
| 85A – 85J | (10) Photos of Excerpts from Black Notebook | | |
| 86 | *Physical Exhibit:* Green Notebook (1B37/Item 312) | | |
| 86A – 86D | (4) Photos of Excerpts from Green Notebook | | |
| 87 | *Physical Exhibit:* Purple Notebook (1B37/Item 312) | | |
| 87A – 87AV | (48) Photos of Excerpts from Purple Notebook | | |
| 88 | *Physical Exhibit:* Yellow Notebook (1B37/Item 312) | | |

<table>
<tr><td colspan="4">UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br><br>AMENDED TRIAL EXHIBIT LIST</td></tr>
</table>

| | | | |
|---|---|---|---|
| **U.S. v. Hadi Matar** | | | |
| Case No.: 24-CR-59-A<br>Date:    July 20, 2026 | | __X_ Government<br>_____ Defendant | |

| EXHIBIT NUMBER | DESCRIPTION | Date Mark for Ident. | In Evidence |
|---|---|---|---|
| 88A – 88AS | (45) Photos of Excerpts from Yellow Notebook | | |
| 89 | *Physical Exhibit:* US Passport in the Name of Hadi Hassan Matar #542818502 (1B37/Item 313) | | |
| 90 | *Physical Exhibit:* 1 Black Knife (1B37/Item 314) | | |
| 91 | *Physical Exhibit:* Photo of Unknown Male Individual (1B39/Item 302) | | |
| 92 | *Physical Exhibit:* Photo of Two Unknown Male Individuals (1B39/Item 303) | | |
| 93 | *Physical Exhibit:* 3 Whet Stone and Wooden Base (1B39/Item 304) | | |
| 94 – 125 | RESERVED | | |
| **Miscellaneous** | | | |
| 126A | Certification of Records for Lyft Account Associated with Hadi Matar 8.16.2022 | | |
| 126B | Lyft Records for Hadi Matar from 132 Ellicott St, Buffalo NY to 1 Massey Ave, Chautauqua, NY 8.11.2022 | | |
| 126C | Lyft Receipt for Hadi Matar from 132 Ellicott St, Buffalo NY to 1 Massey Ave, Chautauqua, NY 8.11.2022 | | |
| 127A | Greyhound Ticket Purchase Confirmation and Itinerary 8.9.2022 | | |
| 127B | Greyhound Lines, Inc. – Bus Tickets<br>New York, NY – Syracuse, NY 8.10.2022<br>Syracuse NY – Buffalo, NY 8.11.2022 | | |
| 127C | *Electronic Exhibit:* Archive Search Records | | |

- 5 -

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

AMENDED TRIAL EXHIBIT LIST

**U.S. v. Hadi Matar**

Case No.: 24-CR-59-A                    __X_ Government
Date:      July 20, 2026                _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Date Mark for Ident. | In Evidence |
|---|---|---|---|
| 127D | Certificate of Authenticity for Flix/Greyhound Travel Records 7.8.2026 | | |
| 128 | *Physical Exhibit:* Flash Memory, SanDisk, Ultra BN21328000937G, DE1 – Results Copy (BF-22-0122 and BF-22-0126) (1B30) | | |
| 129 | *Physical Exhibit:* DE00005442 – One Tape with Extraction, Tagged Report and Administratively Produced Items (1B32) | | |
| 130 | *Physical Exhibit:* Item 1 – Said to Contain Digital Master Copy of Images (1B33) | | |
| 131 | *Physical Exhibit:* Item 2 – Said to Contain Digital Master Copy of Cell Phone (1B34) | | |
| 132 | Chautauqua Amphitheatre Seating Chart | | |
| 133 | Chautauqua Amphitheatre Diagram with Evidence Locations | | |
| 134 – 161 | RESERVED | | |
| **Digital Exhibits** | | | |
| 162 | *Electronic Exhibit:* Video – Rushdie Fatwa 2.0 | | |
| 162A | *Electronic Exhibit:* Clip 1 from Video – Rushdie Fatwa 2.0 | | |
| 162B | *Electronic Exhibit:* Clip 2 from Video – Rushdie Fatwa 2.0 | | |
| 163 | Martyr Card 1 | | |
| 164 | Martyr Card 2 | | |
| 165 | Screenshot of Reinforced Fatwa from khamenei.ir | | |
| 166 | College Paper – Hezbollah: Good or Bad for the Middle East | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

AMENDED TRIAL EXHIBIT LIST

**U.S. v. Hadi Matar**

Case No.: 24-CR-59-A                                    __X_ Government
Date:      July 20, 2026                                _____ Defendant

| EXHIBIT NUMBER | DESCRIPTION | Date Mark for Ident. | In Evidence |
|---|---|---|---|
| 167 | *Electronic Exhibit:* Video – Martyrdom of Jihad Mughniyyah | | |
| 168A | Certification of Records for Discord Account Associated with Hadi Matar | | |
| 168B | *Electronic Exhibit:* Chats – Deleted Discord User b6130cd1#7160 | | |
| 168C | Redacted Chats – Deleted Discord User b6130cd1#7160 | | |
| 169 | *Electronic Exhibit:* Telegram Chat 108 – Kamyar | | |
| 169A | Redacted Telegram Chat 108 – Kamyar | | |
| 170 | *Electronic Exhibit:* Telegram Chat 174 - 1224746718 | | |
| 171 | *Electronic Exhibit:* Telegram Chat 189 – Wissam Mughniyah | | |
| 171A | Redacted Telegram Chat 189 – Wissam Mughniyah | | |
| 172 | *Electronic Exhibit:* Telegram Chat 22 – Hussein Abdallah | | |
| 172A | Redacted Telegram Chat 22 – Hussein Abdallah | | |
| 173 | *Electronic Exhibit:* WhatsApp Chat 127 – Maan Al Sahlani | | |
| 173A | Redacted WhatsApp Chat 127 – Maan Al Sahlani | | |
| 174 | *Electronic Exhibit:* Telegram Chat 65 – Sheikh Nasserredine | | |
| 174A | Will of Hadi Matar | | |
| 174B | Redacted Telegram Chat 65 – Sheikh Nasserredine | | |

- 7 -

<table>
<tr><td colspan="4">UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br><br>AMENDED TRIAL EXHIBIT LIST</td></tr>
</table>

|  |  |  |  |
|---|---|---|---|
| **U.S. v. Hadi Matar** | | | |
| Case No.: 24-CR-59-A<br>Date:     July 20, 2026 | | \_\_X\_ Government<br>\_\_\_\_\_ Defendant | |

| EXHIBIT NUMBER | DESCRIPTION | Date Mark for Ident. | In Evidence |
|---|---|---|---|
| 175A | Declaration of Authentication of Business Records for Microsoft Account Associated with Hadi Matar 10.31.2022 | | |
| 175B | *Electronic Exhibit:* Microsoft Search Warrant Return | | |
| 175C | Microsoft Account Registration Information for hadimatar15@hotmail.com | | |
| 176A | Email re: Miscellaneous Issues 2.19.2017 | | |
| 176B | Email re: Enjoining Good and Forbidding Evil 9.15.2021 | | |
| 177 | *Electronic Exhibit:* Video – 1_5163915956813811 | | |
| 178 | *Electronic Exhibit:* Video – 1_5161664157002498735 | | |
| 179A – 179B | (2) Photos of Hadi Matar in Hizballah T-Shirt | | |
| 180 | Martyr Card 3 | | |
| 181 | Photo of Imad Mughniyah | | |
| 182 | Extraction Details for Martyr Cards and Photos of Hadi Matar in Hizballah T-Shirt | | |